IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

    v.                                                  2:08-cr-81-3

Edmond W. Plunk

<u>ORDER</u>

On October 24, 2008, the defendant appeared before the magistrate judge, and consented to enter a guilty plea before the magistrate judge. The defendant pleaded guilty to Count 1 of the indictment. On that same date, the magistrate judge filed a Report and Recommendation recommending that the defendant's plea of guilty be accepted. There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge (Docket No. 460) that the defendant's plea be accepted. The court accepts the defendant's plea of guilty to Count 1 of the indictment, and he is hereby adjudged guilty on that count. The court will defer acceptance of the plea agreement until after the court has had the opportunity to review the final presentence investigation report.

Date: November 10, 2008        <u>     s\James L. Graham     </u>
                                        James L. Graham
                                        United States District Judge